763 A.2d 369

**Wayne DANIELS, Petitioner,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (TRISTATE TRANSPORT), Respondent.**

Supreme Court of Pennsylvania.

Nov. 29, 2000.

*ORDER*

PER CURIAM:

**AND NOW,** this 29th day of November, 2000, the Petition for Allowance of Appeal is GRANTED, LIMITED to the following issue:

Whether the WCAB and the Commonwealth Court erred in affirming the termination of petitioner's disability benefits because the WCJ failed to adequately explain on the record why she rejected conflicting, competent medical evidence pursuant to section 422(a) of the Workers' Compensation Act?